**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-12-00500-CV**
_____

**IN THE ESTATE OF JOHN A. BANKSTON**

**On Appeal from the County Court**
**Jefferson County, Texas**
**Trial Cause No. 82,384**

**MEMORANDUM OPINION**

The appellant, Todd Gessell, joined by the appellee, Kelley Marie Bankston, filed a motion to dismiss this appeal. The motion is voluntarily made by the parties prior to any decision of this Court. *See* Tex. R. App. P. 42.1. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
DAVID GAULTNEY
Justice

Opinion Delivered June 13, 2013

Before McKeithen, C.J., Gaultney and Horton, JJ.

1